# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE SAUL SANCHEZ,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>RANDY GROUNDS, Warden,<br><br>　　　　　Respondent. | Case No. CV 10-9771 JVS (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: October 3, 2011

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE